# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00587-CR

**Terrell Delone Maxwell, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT
### NO. D-1-DC-08-300693, HONORABLE BOB PERKINS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Terrell Delone Maxwell has filed a pro se notice of appeal in the above trial court cause number, in which he was indicted for the offense of aggravated robbery. However, the indictment in that cause was dismissed following Maxwell's conviction for the offense of capital murder in a separate cause.[1] Therefore, there is no final judgment in this cause from which Maxwell may appeal. Accordingly, we dismiss this appeal.[2]

---

[1] Maxwell, now represented by counsel, has also filed a notice of appeal from his judgment of conviction in that cause. That appeal has been separately docketed under appellate cause number 03-14-00586-CR and remains pending at this time.

[2] *See* Tex. Code Crim. Proc. art. 44.02; Tex. R. App. P. 25.2(a)(2).

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton, and Bourland

Dismissed for Want of Jurisdiction

Filed:   March 18, 2015

Do Not Publish

2